ATTENDANCE LIST FOR STATUS CONFERENCE HELD ON 2/22/2019 IN 18-CR-597 (ADC):

| DEFENDANT NUMBER | DEFENDANT NAME | ATTORNEY |
| --- | --- | --- |
| 1 | **Ignacio Rivera-Hernandez** | Joseph Boucher (for Lydia Lizarribar) |
| 2 | **Luis E. Aponte-Hernandez** | Antonio Bisbal |
| 3 | **Noel Garcia-Rivera** | Joseph Boucher |
| 4 | **Eric R. Pinero-Robles** | Allan Rivera (for Luis Rivera) |
| 5 | **Angel Omar Rivera-Ferrer** | Francisco Adams |
| 6 | **Julio C. Rivera-Hernandez** | Juan Matos (for Alex Rosa) |
| 7 | **Carlos M. Pabon-Lopez** | Anita Hill |
| 8 | **Nicolas Loaces-Idelfonso** | Telesforo Del Valle |
| 9 | **Jose R. Lopez-Rosario** | Francisco Adams (for David Colon) |
| 10 | **Felix O. Pantojas-Arizmendi** | Allan Rivera |
| 11 | **Samuel Medina-Rosa** | Raul Mariani |
| 12 | **Christopher Ceballo-Cepeda** | Kehylis Vazquez |
| 13 | **Eduardo Barajas-Duran** | Jennie Espada |
| 14 | **Jessy FNU-LNU** | ------------ |
| 15 | **Fredy FNU-LNU** | ------------ |
| 16 | **Michael Ramirez-Torrens** | Jose Romo |
| 17 | **Ismael Mailo-Silva** | ------------ |
| 18 | **Samuel Encarnacion-Nieves** | Edwin Leon |
| 19 | **Johnnell Rosario-Feliciano** | Ernesto Hernandez |
| 20 | **Joel Rodriguez-Melendez** | Victor Ramos (for Wilfredo Diaz) |
| 21 | **Gerald Hernandez-Hereida** | ------------ |
| 22 | **Victor Loperena-Mendez** | Carlos Calderon |
| 23 | **Maria E. Medina-Rosa** | Melanie Carrillo |
| 24 | **Jose Manuel Rodriguez-Rodriguez** | Francisco Adams (for Laura Maldonado) |
| 25 | **Carlos J. Gonzalez-La Santa** | Ramon Garay |
| 26 | **Modesto Matos-Vizcarrondo** | -------------- |
| 27 | **Edgardo Roman-Rodriguez** | Raul Madera |
| 28 | **Nichirien Llanos-Figueroa** | Rafael Anglada |
| 29 | **Hector Jesus Rondon** | Robert Millan |
| 30 | **Jose De Leon-Lozada** | -------------- |
| 31 | **Deyanira Perez-Rodriguez** | Yassmin Gonzalez |
| 32 | **Luis Felipe Garcia-Ocasio** | Juan Matos (for Edgar Sanchez) |
| 33 | **Joseph Gonzalez** | Fernando Zambrana |
| 34 | **Christabel M. Hernandez-Nunez** | Luis Guzman |
| 35 | **Abigail Quinones-Fuentes** | Ian Garcia |
| 36 | **Jacob Quinones-Fuentes** | Jose Suarez-Santa |
| 37 | **Geovanny Diarza-Flores** | Francisco Acevedo |
| 38 | **Lester Raffuci-Ojeda** | Raul Madera |
| 39 | **Oswaldo Galindo-Zapien** | -------------- |